UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                        Case No. 2:25-mc-51526-TGB-KGA
                                           Hon. Terrence G. Berg

David Taylor,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

      Motion for Return of Property – #1

IT IS HEREBY ORDERED that United States of America shall file a response to the above document on or before January 20, 2026. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before February 3, 2026.

                                                s/Terrence G. Berg
                                                Terrence G. Berg
                                                U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/Emily P Vradenburg
                                                Case Manager

Dated:   December 30, 2025