UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
        Plaintiff,                      Case No. 25-mc-51526

DAVID TAYLOR et al.,               Honorable Terrence G. Berg
        Defendants,

KINGDOM OF GOD GLOBAL CHURCH
        Petitioner.
_____/

**STIPULATED ORDER EXTENDING
DEADLINE FOR PETITIONER'S REPLY TO BE FILED**

NOW COMES Plaintiff, United States of America, by and through the undersigned counsel and Petitioners, Kingdom of God Global Church, by and through the undersigned counsel, do hereby stipulate to entry of this order extending the Petitioner's deadline to file a Reply Brief to its Motion for Immediate Return of Property until **Friday February 6, 2026**.

Agreed as to form and substance:

JEROME F. GORGON, JR.
United States Attorney

| | |
|---|---|
| _/s/Adriana Dydell w/consent_ | /s/Jorin G. Rubin_____ |
| Adriana Dydell | Jorin G. Rubin (P60867) |
| Assistant United States Attorney | Attorney for Petitioner |
| U.S. Attorney's Office | Rubin Frampton |
| 211 W. Fort Street, Suite 2001 | 600 S. Adams Road, Suite 300 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9125 | (248) 799-9100 |
| Adriana.Dydell@usdoj.gov | Jorin@RubinFrampton.com |

1

Dated: 2/2/26                                                                                              Dated: 2/2/26

\*\*\*\*\*\*\*\*\*\*\*\*\*

Based on the foregoing, IT IS HEREBY ORDERED that the Petitioner's deadline to submit a Reply to Government's Response to its Motion for Immediate Return of Property is extended to **February 6, 2026.**

**SO ORDERED.**

Dated: February 4, 2026                                      s/Terrence G. Berg
                                                                            Terrence G. Berg
                                                                            United States District Judge