



Damage to Houston doors

Damage to Houston gate





Damage to Ocala doors

Damages Tampa door





Damage Tampa elevator



Damage Tampa elevator shaft

Damage Taylor door and office





Damage Taylor drywall





# STRAIGHTLINE CONSTRUCTION

SLC

Damage to Joseph Busch Home

Ocala Showroom: 3101 SW 34th Ave, Ocala, FL 34474, Suite 101
Gainesville Showroom: 13570 NW 101st Dr, Suite 100 Alachua, FL 32601
License: CBC1259718 | Website: StraightLineFL.com | Phone: 352-888-HOME / 352-453-9609

**Joseph Busch**
1280 SW 38th ST,
Ocala Fl 34471

**DATE:** 6/5/2025

## SECOND STORY DECK REMODEL

**Scope of work:** *The project involves the remodel of a second-story deck. The scope includes demoing the entire second story deck and saving columns and railing if possible. No guarantees that columns and or railing can be salvaged. If new columns and or rialing need to be replaced then that would be an additional cost to the home owner, not the responsibility of the Contractor.*
*Removal and reinstallation of railings, replacing flooring, rebuilding framing, redoing stucco, applying hydro seal to sub decking, and painting.*
*Client desires to salvage the tile on the first floor under overhang if possible. No guarantees that no damage will occur or that it can be salvaged. The contractor will attempt to protect the tile from damage during demo and reconstruction of the second story but the contractor makes no guarantee that it can be done.*

- Provide Plans & Engineering
- Permit (reimbursable expense)

### DEMOLITION & PROJECT PREPARATION:

- Remove existing damaged stucco and decking of the entire second story deck
- Remove railing and save for reinstallation the entire deck perimeter, including the curved front area left and center sections
- Cover all first floor tile with plastic and plywood in an attempt to save the tile from damage
- Attempt to save all decorative columns and decorative railing if possible

### FRAMING:

- Reframe entire second story deck
- Install new decking
- Supply framing materials

### PAINTING:

- Paint all newly installed materials

### FLOORING:

- Install new flooring on the second story deck only. $5 per sf tile allowance included to be purchased from the Contractor showroom. If more expensive tile is selected then there may be additional cost to Owner

### GENERAL:

- Redo stucco around deck area to match existing as close as possible
- Apply hydro seal to sub decking for enhanced durability and weather resistance.
- Install flashing where deck meets stucco
- Construction cleanup services encompass the removal and disposal of all construction debris, as well as a thorough wipe-down of surfaces within the work area



| ESTIMATED COSTS: | MATERIALS | LABOR |
|---|---|---|
| **ESTIMATED LABOR & MATERIALS:** |  | $127,000 |
| **PLANS AND ENGINEERING** |  | $2,500 |
| **ESTIMATED COSTS FOR PERMIT, NOC AND PROCESSING FEES** |  | $1,000-$1,500 |
| **APPROX. TIMEFRAME FOR COMPLETION** |  | 12-16 WEEKS FROM COMMENCEMENT |
| **APPROX. TIMEFRAME TO BEGIN WORK** |  | 8-12 WEEKS FROM SIGNED CONTRACT |
| **If second story roof overhangs need to be removed and rebuilt, with new roofing materials (match roof tiles as close as possible) then add** |  | $37,500 |