## Exhibit A

---------- Forwarded message ---------
From: **Dane Valadao** <dane@reprop.net>
Date: Mon, Feb 2, 2026 at 1:51 PM
Subject: RE: Update
To: mking@wintersking.com <mking@wintersking.com>
Cc: Glenn Goldan <goldan@reprop.net>

Mike- thanks for taking my call. Pursuant to our Promissory Note, a payment of $600,000 was due by January 1, 2026. We have been in ongoing discussions with the Borrower and have agreed to a modified plan regarding the $600,000 payment; at least $250,000 by January 30, 2026, and the balance by February 16th, 2026. I should have also mentioned we are willing to waive the 10%, or $60,000, late charge if these two payments are made timely. We will agree to this modified payment schedule if the $250,000 payment is made by tomorrow.

We have been as accommodating with the Borrower as we can be during this time. Unfortunately, if payment is not made by tomorrow, we will have no choice but to refer it to our foreclosure attorney.

**Dane Valadao, COO | ReProp Financial®**
**735 4th ST, EUREKA, CA 95501 [main]**

3707 N. Marshall Way, Suite 2, Scottsdale, AZ 85251

P. O. Box 12459, Zephyr Cove, NV 89448

DRE: 01917704 | NMLS: 1018509

www.repropfinancial.com

707.444.7741 (D) | 707.834.6282 (M)

Conference Line: 707.243.8722 (no pin needed)

1