UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

DAVID TAYLOR et al.,

    Defendants,

KINGDOM OF GOD GLOBAL CHURCH

    Petitioner.

_____/

Case No. 25-mc-51526

Honorable Terrence G. Berg

**DECLARATION OF KEARISTEN JONES IN SUPPORT OF PETITION TO RETURN PROPERTY**

I, Kearisten Jones, being sworn, depose and state as follows:

1.    I am competent to testify to the matters contained in this Declaration if I am called to do so.

2.    I submit this in support of the Kingdom of God Global Church's (hereinafter, the "Church") Petition for Return of Property.

3.    I am 33 years old, and I was born and raised in Fairfax County, Herndon, Virginia. I was an only child raised by my mother, Cincotta Jones, and my grandmother, Dorothy Thomas. My mother worked as an administrator for Apple and later Gannett, and my grandmother owned a daycare center, where I often worked during my summer breaks from school.

4.    I have worked for the Church full-time since June 10, 2015, but I was first acquainted with the ministry approximately four years earlier, when I was a student at Virginia Union University studying broadcast journalism.

5.    On Christmas Eve 2011, I heard God's voice say, "I'm coming for you." I was a bit startled. I went to the Family Christian Bookstore, where a stranger approached me and said

1

something to the effect of, "those aren't the books you're looking for," referring to the books in my hand. I was, initially, offended by her boldness, but then she said, "I heard the Lord say he's coming for you," and she recommended Apostle Taylor's book, and told me of the extraordinary experiences she had during and after reading his book, Face-to-Face Appearances from Jesus. The stranger and I parted ways, and I was at first extremely skeptical of what she'd told me. Two weeks later, I read his book. It changed my life and strengthened my relationship with God in a way I did not know was possible.

6.      In 2012, I began attending Apostle's services. I went so often, members of the Church began to recognize me, and in 2015, I asked to become a staff member. I have participated in the ministry full time ever since.

7.      I reside at the Church's property at 14380 North Fwy, in Houston, TX, known as the "Campus for the Harvest," which fosters a community-based approach to worship to help the Lord in his quest to reap the *8 Billion Soul Harvest* and spread his Gospel across the world.

8.      I became a member of the Board of Directors of the Church in August 2025.

9.      I have personal knowledge of the activities, finances, and expenditures of the Church.

10.      Our Church pays for the services and amenities offered to KOGGC/JMMI's parishioners, full and part-time staff, student missionaries, and international supporters pursuing our religious purpose, by offering:

a. **Church services**: the Church hosts services every Sunday – and monthly conferences - in person at our Taylor location. Church services are streamed online via paid advertising contract with the *Roku* channel and various social media platforms. Due to the seizures of our bank accounts, we are currently delinquent on our Roku payments Additionally, for the last few years the Church has televised our services via contracts with Legacy Worldwide media and

2

production, in order to expand the ministry's reach to worshippers across the globe. Due to the seizure of our bank accounts, we can no longer afford to televise and promote our services worldwide, which costs more than $1 million annually.

      b. **Communal housing:** the Church provides housing for dozens of full-time volunteer missionary students in Houston, TX and, before the raid and seizures, in Tampa, FL. Each room in Houston is equipped with 1 or 2 beds, a bathroom with tub/shower, refrigerator, microwave, television, heat, air conditioning, closet with shelves and hangers, and a couch. Housing, amenities, and living expenses, such as food, personal and feminine hygiene products, and medical care, are provided at no cost to student missionaries and full-time volunteer residents, who are all essential to our Church's mission. The missionary students are learning to be ministers with the hopes of opening their own churches, and our full-time students support the Church's missions: to achieve the *8 Billion Soul Harvest* and provide ministry to our parishioners. It is our mission to train our members to be ministers of the Gospel of Jesus Christ.

      c. **Outreach/volunteer Operations:** providing support to individuals and communities in need is a vital part of our mission, including, for example, the "Convoy of Miracles," in which we partner with local organizations to provide relief during natural disasters - including the Texas floods, tornados in Kentucky, Florida hurricanes - by sending our fleet of ministry-owned semi-trucks loaded with diapers, bottled water, flashlights, batteries, dry and canned foods. We also provide annual Thanksgiving turkey drives, a toy Christmas drive, hospice and in-home visits, and other relief and support services for those who have lost loved ones and need restoration.

      d. **Communal worship, trainings and courses:** the Church offers communal worship, trainings, and courses for student missionaries, volunteers, and ministers as part of its religious mission. We participate in communal daily morning prayer, bible study, prayer calls, and church

3

services, and the ministry offers coursework related to the fundamental doctrines of Christ, ancient writings, Evangelism, pastoral studies, and ministerial training.

11.     As a result of the seizures, the Church is without sufficient funds to timely pay our mortgages, provide outreach/community service, and televise our services. We defaulted on the loan for our Tampa property, and we must either find alternative financing or lose the property to foreclosure.

12.     We will soon be without sufficient funds to provide housing, amenities, and basic needs to our 75 student missionaries, volunteers, and ministers.

13.     In addition to those costs, the Church's physical properties were damaged during the raids, and they require expensive repairs to bring them into compliance with city ordinances, including:

    a.  TAYLOR: Estimates for Broken Doors ($29,123.00) - side, sanctuary door, roll up, garage door; Replaced Front Door where FBI destroyed ($6,450); Drywall Repair ($4,000); and security camera system ($5,000.00).

    b.  HOUSTON: Replacing 31 Door destroyed by FBI agents ($13,175); Fire Code gate ($3,924); and Pool gate repair ($2,998.00) To fix the broken irrigation system that was destroyed by FBI ($24,791.00). Twelve AC Units broke after the raid ($12,348.00).

    c.  TAMPA: new tempered/insulated glass sliding unit or custom glass door: $2,500; Frame repair / jamb replacement + carpentry labor ($600–$1,200); New hardware (lockset, handle, rollers) + glazing labor ($200–$500); Solid exterior door or custom door, new frame, threshold ($1,200–$2,000); Installation & carpentry (frame, shimming, weatherproofing) ($600–$900); Interior guesthouse door (to main room); Door slab or prehung unit ($150–$300); Installation, trim, paint/touchup ($350–$600); estimate ($800); Back gate repair/replacement ($8,000); Elevator repair ($,500+); and raid cleanup/labor ($3000 +).

    d.  OCALA: The door was shot down and broken off the hinges by the FBI Front Door (10–12 ft) — Door, Frame, Trim, Installation, Replacement oversized entry door ($6,000); New frame, header, threshold, and trim work ($2,000); Installation, removal, disposal, paint/finish ($1,000); Outdoor Cameras and Wiring; cameras

and equipment ($1,000); Wiring, conduit, and mounting replacement ($700); and Installation labor ($500).

14.    Due to the seizure of Church vehicles, it has also been difficult and expensive to fund reliable transportation. However, the Church remains responsible for the monthly payments due on the vehicles, even though we have no ability to use them.

15.    Finally, during the raid, the FBI broke open my safe and took my personal belongings, including my passport, social security card, birth certificate, my personal phones, and gifts I have received throughout my years of service to Jesus.

Kearjsten Jones