UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                         Plaintiff(s),

v.                                              Case No. 2:25–mc–51526–TGB–KGA
                                                Hon. Terrence G. Berg
David Taylor,

                         Defendant(s),

_____


### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion for Return of Property – #1
    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg **without** oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Emily P Vradenburg
                                  Case Manager

Dated:   March 23, 2026